DEFENDANT:       4.  GEORGE A. GADDY

YEAR OF BIRTH:   1945

ADDRESS:         Denver, Colorado

COMPLAINT FILED: ___YES   _X_  NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___YES   _X_  NO

Count Thirty-One:   Conspiracy to Use and Maintain Drug-Involved Premises
                          21 U.S.C. §§  846 and  856(a)(1) and (2) and (b)

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
                          21 U.S.C. § 856(a)(1) and (2) and (b)

                          Aiding and Abetting
                          18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

                **NOTICE OF FORFEITURE**

AGENT:       Special Agent Jason Cole
              Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     __X__     Yes     _____ No