DEFENDANT:          5.  DELBERT J. GARDNER

YEAR OF BIRTH:   1980

ADDRESS:               Denver, Colorado

COMPLAINT FILED: ____YES   __X__ NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____YES __X__ NO

OFFENSE:

Count Five:          Possession with Intent to Distribute Crack Cocaine
                 21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
                 21 U.S.C. § 856(a)(1) and (2) and (b)

                 Aiding and Abetting
                 18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Five:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

              **NOTICE OF FORFEITURE**

AGENT:       Special Agent Jason Cole
                Alcohol Tobacco and Firearms

AUTHORIZED BY:   Guy Till
                      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__      Yes      _____ No

2