DEFENDANT:	6.  RICHARD W. JOHNSON

YEAR OF BIRTH:	1955

ADDRESS:	Denver, Colorado

COMPLAINT FILED: ____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ YES   __X__ NO

OFFENSE:

Count Thirty-Two:	Using and Maintaining Drug-Involved Premises
			21 U.S.C. § 856(a)(1) and (2) and (b)
			Aiding and Abetting
			18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment

**NOTICE OF FORFEITURE**

AGENT:	Special Agent Jason Cole
		Alcohol Tobacco and Firearms

AUTHORIZED BY:	Guy Till
			Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less   __X__ over five days   ____ other

THE GOVERNMENT

   X    will seek detention in this case         _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:       X          Yes       _____  No