DEFENDANT:       7.  SHEPS H. KHAMSAHU

YEAR OF BIRTH:   1972

ADDRESS:         Denver, Colorado

COMPLAINT FILED: ____YES   __X__  NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____YES   __X__  NO

Count Thirty-One:   Conspiracy to Use and Maintain Drug-Involved Premises
                    21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
                    21 U.S.C. § 856(a)(1) and (2) and (b)
                    Aiding and Abetting
                    18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

AGENT:   Special Agent Jason Cole
         Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      X   over five days     _____ other

THE GOVERNMENT

  X   will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:      X      Yes    _____ No