DEFENDANT:          8.  ERIC LUGO

YEAR OF BIRTH:      1976

ADDRESS:            Denver, Colorado

COMPLAINT FILED: _____YES    _X_    NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____YES    _X_    NO


OFFENSE:

Count Six:          Possession with Intent to Distribute Cocaine
                    21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Seven:        Possession with Intent to Distribute Cocaine
                    21 U.S.C. § 841(a)(1) and (b)(1)(C)
                    18 U.S.C. § 2

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
                    21 U.S.C. § 856(a)(1) and (2) and (b)
                    Aiding and Abetting
                    18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Six:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Seven:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.


**NOTICE OF FORFEITURE**

AGENT:      Special Agent Jason Cole

Alcohol Tobacco and Firearms

AUTHORIZED BY:   Guy Till
                 Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case      _____ will **not** seek detention in this case


The statutory presumption of detention is  applicable to this defendant.

OCDETF CASE:      __X__      Yes      _____ No