DEFENDANT:     9.  LAWRENCE T. MARTIN

YEAR OF BIRTH:     1958

ADDRESS:     Denver, Colorado

COMPLAINT FILED:  ___YES   _X_  NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ___YES  _X_ NO

Count Thirty-One:     Conspiracy to Use and Maintain Drug-Involved Premises
                    21 U.S.C. §§  846 and  856(a)(1) and (2) and (b)

Count Thirty-Two:     Using and Maintaining Drug-Involved Premises
                    21 U.S.C. § 856(a)(1) and (2) and (b)
                    Aiding and Abetting
                    18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment

        **NOTICE OF FORFEITURE**

AGENT:     Special Agent Jason Cole
             Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__      Yes      _____ No