DEFENDANT:          11.  DARRELL R. PARKER

YEAR OF BIRTH:     1947, 1949

ADDRESS:             Denver, Colorado

COMPLAINT FILED: ____YES    X    NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____YES    X    NO


OFFENSE:

Count Eight:           Prohibited Person in Possession of Firearm
                       18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
                       21 U.S.C. § 856(a)(1) and (2) and (b)
                       Aiding and Abetting
                       18 U.S.C. § 2


LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Eight:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.


**NOTICE OF FORFEITURE**

AGENT:        Special Agent Jason Cole
              Alcohol Tobacco and Firearms




AUTHORIZED BY:  Guy Till

Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__      Yes      _____ No