DEFENDANT:         16.  CLIFFORD M. WRIGHT

YEAR OF BIRTH:     1972

ADDRESS:           Denver, Colorado

COMPLAINT FILED: ____YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____YES   __X__ NO

OFFENSE:

Count Twenty-Nine:   Possession with Intent to Distribute Cocaine
                     21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirty:        Possession with Intent to Distribute Cocaine
                     21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirty-Two:    Using and Maintaining Drug-Involved Premises
                     21 U.S.C. § 856(a)(1) and (2) and (b)
                     Aiding and Abetting
                     18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Twenty-Nine:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

        **NOTICE OF FORFEITURE**

AGENT:      Special Agent Jason Cole
            Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__      Yes      _____ No