IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

Plaintiff,

v.

**RESTRICTED**

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

Defendants.

---

## MOTION TO RESRICT CASE

---

The United States of America, by the undersigned Assistant United States Attorney, respectfully moves the Court for an Order restricting this entire case, and as grounds therefore, submits the following:

1. The above named defendants are connected to a large investigation which is still under way. The larger investigation would be damaged by the premature release of the indictment.

The undersigned has reason to believe that defendants may conceal or destroy evidence or flee if they learn of the indictment.

2. The premature release of the information would jeopardize the likelihood that defendants in the present case and related cases could be promptly arrested without incident.

WHEREFORE, it is respectfully requested that this entire case be restricted until the arrest of the first defendant named in the present indictment.

> Respectfully Submitted,
> JOHN F. WALSH
> United States Attorney
>
> BY: s/ Guy Till
> GUY TILL
> Assistant United States Attorney
> United States Attorney's Office
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> FAX: (303) 454-0409
> E-mail: Guy.Till@usdoj.gov
> Attorney for Government