IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    **GEORGE H. ASKEW,**
2.    ROMMELL E. BULLOCK,
3.    GREGORY A. COLLINS,
4.    GEORGE A. GADDY,
5.    DELBERT J. GARDNER,
6.    RICHARD W. JOHNSON,
7.    SHEPS H. KHAMSAHU,
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER,
16.  CLIFFORD M. WRIGHT,

      Defendants.

_____

**UNOPPOSED MOTION TO CONTINUE HEARING**
_____

Defendant George H. Askew, by and through the Office of the Federal Public Defender, moves to set this case to 1:30pm on Thursday, January 26, 2012 for the reasons set forth below:

1. This case is set for a hearing at 10:00am on Thursday, January 26, 2012.

2. Counsel has a previously set appointment that morning with a probation officer and interpreter at the Clear Creek County Jail that has already been rescheduled once before. Counsel has a hearing in front of the Honorable Judge Blackburn at 2:30pm that afternoon.

3. Counsel is available that at 1:30pm that afternoon for this matter.

4. The government does not object to this motion and is available at 1:30pm on Thursday, January 26, 2012.

WHEREFORE, Defendant respectfully requests that the hearing on Thursday, January 26, 2012 be moved from 10:00am to 1:30pm or later.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2012, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
    guy.till@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. George H. Askew   *(via U.S. mail)*
Jefferson County Jail
P.O. Box 16700
Golden, CO   80402-6700

        s/ Edward R. Harris
        Edward R. Harris
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Edward_Harris@fd.org
        Attorney for Defendant