IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      **GEORGE H. ASKEW,**
2.      ROMMELL E. BULLOCK,
3.      GREGORY A. COLLINS,
4.      GEORGE A. GADDY,
5.      DELBERT J. GARDNER,
6.      RICHARD W. JOHNSON,
7.      SHEPS H. KHAMSAHU,
8.      ERIC LUGO,
9.      LAWRENCE T. MARTIN,
10.     JOHNIE A. MYERS,
11.     DARRELL R. PARKER,
12.     CALVIN R. RILEY,
13.     COREY L. RILEY,
14.     THOMAS A. SCHRAH, JR.,
15.     JAMES R. SWITZER,
16.     CLIFFORD M. WRIGHT,

        Defendants.

_____

**MOTION TO WITHDRAW "UNOPPOSED MOTION TO CONTINUE
HEARING" (Doc. #42)**
_____

Defendant George H. Askew, by and through the Office of the Federal Public

Defender, moves to withdraw his previously filed "Unopposed Motion to Continue Hearing"

(Doc. 42), filed January 24, 2012 for the reasons set forth below:

1.     Counsel moved to reset the arraignment / discovery conference / detention hearing in this case based upon a scheduling conflict on his calendar.

2.     Counsel no longer has that scheduling conflict and given the number of defendants in this case and other logistical considerations, no longer seeks a continuance.

WHEREFORE, Defendant respectfully requests that the Court either withdraw his motion to continue or deny it as moot.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2012, I electronically filed the foregoing **MOTION TO WITHDRAW "UNOPPOSED MOTION TO CONTINUE HEARING" (Doc.** #42) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
        guy.till@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:


Mr. George H. Askew   *(via U.S. mail)*
Jefferson County Jail
P.O. Box 16700
Golden, CO    80402-6700


                                        s/ Edward R. Harris
                                        Edward R. Harris
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Edward_Harris@fd.org
                                        Attorney for Defendant

3