Case 1:12-cr-00010-MSK *SEALED*   Document 2   Filed 01/09/12   USDC Colorado   Page 1 of 2

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

1. GEORGE H. ASKEW

Case No.   12-cr-00010-MSK

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   George H. Askew ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Possession with Intent to Distribute More than 28 Grams of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)
Prohibited Person in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2
Using a Residence for the Purpose of Distributing Controlled Substance, 21 U.S.C. § 856(a)(1) and (2) and (b)
Possession of Firearm in Furtherance of Drug Trafficking Felony, 18 U.S.C. § 924(c)
Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting, 18 U.S.C. § 2,

Date:   01/09/2012

s/ M.J. Garcia
*Issuing officer's signature*

City and state:   Denver, CO

Gregory C. Langham, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1/20/12
at *(city and state)* DeNVeR, CO

Date: 1/23/12

Arresting officer's signature #4909

BEN BYRD ATF SA
*Printed name and title*