IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.   **GEORGE H. ASKEW,**
2.   ROMMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER,
16.  CLIFFORD M. WRIGHT,

       Defendants.

_____

**DEFENDANT ASKEW'S RESPONSE TO GOVERNMENT'S
MOTION FOR PROTECTIVE ORDER FOR JENCKS ACT, RULE 26.2
AND RULE 16 MATERIAL (DOC. 41)**

_____

       Defendant George H. Askew, by and through the Office of the Federal Public Defender, responds to the Government's Motion For Protective Order For Jencks Act, Rule 26.2 and Rule 16 Material (Doc. 41) as follows:

1.  Counsel has reviewed the Motion and proposed Order.

2.  Counsel does not object to entry of that Order.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2012, I electronically filed the foregoing **DEFENDANT ASKEW'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER FOR JENCKS ACT, RULE 26.2 AND RULE 16 MATERIAL (DOC. 41)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
    guy.till@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. George H. Askew   *(via U.S. mail)*
Jefferson County Jail
P.O. Box 16700
Golden, CO   80402-6700

                                s/ Edward R. Harris
                                Edward R. Harris
                                Assistant Federal Public Defender
                                633 17th Street, Suite 1000
                                Denver, CO  80202
                                Telephone:  (303) 294-7002
                                FAX:  (303) 294-1192
                                Edward_Harris@fd.org
                                Attorney for Defendant