DEFENDANT:         13.  COREY L. RILEY

YEAR OF BIRTH:     1969

ADDRESS:           Denver, Colorado

COMPLAINT FILED: ____YES   _X___ NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____YES   __X___ NO

OFFENSE:

Count Eleven:                Maintaining Drug-Involved Premises
                             21 U.S.C. § 856(a)(1) and (2) and (b)

Count Twelve:                Possession with Intent to Distribute Cocaine
                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirteen:              Possession with Intent to Distribute Cocaine
                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Fourteen:              Possession with Intent to Distribute Cocaine
                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Fifteen:               Possession with Intent to Distribute Cocaine
                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Sixteen:               Possession with Intent to Distribute Cocaine
                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Seventeen:             Possession with Intent to Distribute Cocaine
                              21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Eighteen:              Possession with Intent to Distribute Cocaine
                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Nineteen:              Possession with Intent to Distribute Cocaine
                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty:                Possession with Intent to Distribute Cocaine
                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty-One:            Possession with Intent to Distribute Cocaine
                             21 U.S.C. § 841(a)(1) and (b)(1)(C)

| | |
|---|---|
| Count Twenty-Two: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>18 U.S.C. § 2 |
| Count Twenty-Three: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Twenty-Four: | Possession with Intent to Distribute Marijuana<br>21 U.S.C. § 841(a)(1) and (b)(1)(D) |
| Count Twenty-Five: | Possessing Firearm in Furtherance of Drug Trafficking Felony Offense<br>18 U.S.C. § 924(c) |
| Count Twenty-Six: | Possession with Intent to Distribute More than 500 grams of Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(B)<br>18 U.S.C. § 2 |
| Count Tenty-Seven: | Conspiracy to Distribute more than 5 Kilograms of Cocaine<br>21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) |
| Count Thirty-One: | Conspiracy to Use and Maintain Drug-Involved Premises<br>21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b) |
| Count Thirty-Two: | Using and Maintaining Drug-Involved Premises<br>21 U.S.C. § 856(a)(1) and (2) and (b)<br>Aiding and Abetting<br>18 U.S.C. § 2 |

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Eleven:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twelve:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Fourteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Fifteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Sixteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Seventeen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Eighteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Nineteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-One:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Two:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Three:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Four:  NMT 5 years imprisonment; a fine of NMT $250,000, or both; NLT 2 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Five:  NLT 5 years imprisonment, consecutive to any other sentence; a fine of NMT $250,00.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Six:  NLT 5 years, NMT 40 years imprisonment; a fine of NMT $5,000,000.00, or both; NLT 4 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Seven:  NLT 10 years, NMT life imprisonment; a fine of NMT $10,000,000.00, or both; NLT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

## NOTICE OF FORFEITURE

AGENT:        Special Agent Jason Cole
              Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other


THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case


The statutory presumption of detention is applicable to this defendant.

4

OCDETF CASE:       X       Yes  _____ No