IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   **GEORGE H. ASKEW,**
2.   ROMMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER,
16.  CLIFFORD M. WRIGHT,

      Defendants.

_____

### *AMENDED* MOTION FOR WAIVER OF APPEARANCE
### PURSUANT TO FED.R.CRIM.P. RULE 10
_____

Defendant George H. Askew, by and through the Office of the Federal Public Defender, moves this Honorable Court to wave his appearance for a re-arraignment on a Superseding Indictment which is currently scheduled for February 23, 2012 at 10:00 a.m. As grounds the Defendant states as follows:

1. Mr. Askew is charged in an indictment alleging *inter alia* various counts of Conspiracy to Use and Maintain In Drug-Involved Premises and Using and Maintaining Drug-Involved Premises.

2. Mr. Askew is named once again named in the First Superseding Indictment and charged in the same two counts as the original indictment.

3. A re-arraignment on the Superseding Indictment is currently scheduled for February 23, 2012 at 10:00 a.m.

4. Rule 10 of the Federal Criminal Rules of Procedure provides

   b. **Waiver of Appearance.** A defendant need not be present for the arraignment if:

   1. the defendant has been charged by indictment or misdemeanor information;

   2. the defendant in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and

   3. the Court accepts the waiver.

5. Here, Mr. Askew has been charged in the indictment, attached hereto is a waiver signed by both Mr. Askew and undersigned counsel,[1] which expressly waives his appearance and affirms that Mr. Askew has received a copy of the indictment and that the plea as to the Superseding Indictment continues to be not guilty. Mr. Askew respectfully requests the Court to accept this waiver prior to the February 23, 2012 at 10:00 a.m.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Edward R. Harris
EDWARD R. HARRIS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

---

[1] Counsel is filing this amended motion for waiver and attached waiver which contains both counsel's and defendant's signatures. The originally filed waiver inadvertently omitted counsel's signature.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2012, I electronically filed the foregoing

***AMENDED* MOTION FOR WAIVER OF APPEARANCE
PURSUANT TO FED.R.CRIM.P. RULE 10**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Guy Till, Assistant United States Attorney
      guy.till@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   Mr. George H. Askew   *(via U.S. mail)*
   c/o Jefferson County Jail
   P.O. Box 16700
   Golden, CO   80402-6700

   s/ Edward R. Harris
   Edward R. Harris
   Assistant Federal Public Defender
   633 17th Street, Suite 1000
   Denver, CO  80202
   Telephone:  (303) 294-7002
   FAX:  (303) 294-1192
   Edward_Harris@fd.org
   Attorney for Defendant