IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **GEORGE H. ASKEW,**
2.    ROMMELL E. BULLOCK,
3.    GREGORY A. COLLINS,
4.    GEORGE A. GADDY,
5.    DELBERT J. GARDNER,
6.    RICHARD W. JOHNSON,
7.    SHEPS H. KHAMSAHU,
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.   JOHNIE A. MYERS,
11.   DARRELL R. PARKER,
12.   CALVIN R. RILEY,
13.   COREY L. RILEY,
14.   THOMAS A. SCHRAH, JR.,
15.   JAMES R. SWITZER,
16.   CLIFFORD M. WRIGHT,

        Defendants.

**WAIVER OF RE-ARRAIGNMENT PURSUANT TO FED.R.CRIM.P. RULE 10
AND ENTRY OF PLEA OF NOT GUILTY**

I, George H. Askew, the above named defendant, who is accused of various violations of Title 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b), Using and Maintaining Drug-Involved Premises in violation of Title 21 U.S.C. § 856(a)(1) and (2) and (b) and Aiding and Abetting in violation of Title 18 U.S.C. § 2, having received a superceding Indictment so

charging me, and having been advised of Fed.R.Crim.P. Rule 10(b)(1)(2) and (3), hereby waive my appearance at the re-arraignment and request that the Court grant my request and accept my waiver of re-arraignment and plea of not guilty.

Dated this 22nd day of February, 2012.

                                  /s/ George H. Askew
                                  GEORGE H. ASKEW

                                  /s/ Edward R. Harris
                                  Edward R. Harris
                                  Attorney for Defendant