IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.**     **GEORGE H. ASKEW,**
2.     ROMMELL E. BULLOCK,
3.     GREGORY A. COLLINS,
4.     GEORGE A. GADDY,
5.     DELBERT J. GARDNER,
6.     RICHARD W. JOHNSON,
7.     SHEPS H. KHAMSAHU,
8.     ERIC LUGO,
9.     LAWRENCE T. MARTIN,
10.    JOHNIE A. MYERS,
11.    DARRELL R. PARKER,
12.    CALVIN R. RILEY,
13.    COREY L. RILEY,
14.    THOMAS A. SCHRAH, JR.,
15.    JAMES R. SWITZER,
16.    CLIFFORD M. WRIGHT,

       Defendants.

_____

**NOTICE OF DISPOSITION, WITHDRAWAL OF ANY PENDING MOTIONS,
AND MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

The defendant, George Askew, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant withdraws or requests the court to suspend and hold in abeyance any pending pretrial motions until the Court either accepts or rejects the contemplated plea of guilty. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2012, I electronically filed the foregoing **NOTICE OF DISPOSITION, WITHDRAWAL OF ANY PENDING MOTIONS, AND MOTION REQUESTING CHANGE OF PLEA HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Guy Till, Assistant United States Attorney
        guy.till@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. George H. Askew   *(via U.S. mail)*
    c/o Jefferson County Jail
    P.O. Box 16700
    Golden, CO   80402-6700

                                        s/ Edward R. Harris
                                        Edward R. Harris
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Edward_Harris@fd.org
                                        Attorney for Defendant