IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **GEORGE H. ASKEW,**
2. ROMMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

      Defendants.

_____

### DEFENDANT ASKEW'S MOTION TO
### VACATE MOTIONS HEARING AS IT RELATES TO HIM
_____

George H. Askew, by and through undersigned counsel, respectfully moves this Court for an Order vacating the March 16, 2012 motions hearing as it relates to him. In support of this motion, Mr. Askew states that:

    1.    On March 7, 2012 the Court issued a minute order converting the March 16, 2012 trial preparation conference to a motions hearing. (Doc. 289).

2. Although that order lists all defendants, some defendants, including Defendant Askew, have entered notices of disposition. Indeed, Defendant Askew's case is set for a change of plea hearing on June 11, 2012 (Doc. 262).

3. The only motion that Defendant Askew has filed is an interests of justice motion which counsel believes has been rendered moot by the filing of a notice of disposition and consequent tolling of speedy trial as to him. In fact, the Court has already ruled that speedy trial as to Defendant Askew is tolled. *See* Order and Notice of Change of Plea Hearing, Doc. 262, ¶1. Therefore, Defendant Askew has no motions pending which need determination by this Court.

4. Further, the Court has already vacated the trial preparation conference as to Defendant Askew. *See* Order and Notice of Change of Plea Hearing, Doc. 262, ¶3.

WHEREFORE, there are no motions pending concerning Defendant Askew and this Court has already vacated the trial preparation conference which the March 7, 2012 Order (Doc. 289) converts to a motions hearing, Defendant Askew respectfully requests that the motions hearing be vacated as to him.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2012, I electronically filed the foregoing **DEFENDANT ASKEW'S MOTION TO VACATE MOTIONS HEARING AS IT RELATES TO HIM** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
    guy.till@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:


Mr. George H. Askew   *(via U.S. mail)*
Jefferson County Jail
P.O. Box 16700
Golden, CO    80402-6700



                                    s/ Edward R. Harris
                                    Edward R. Harris
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    Edward_Harris@fd.org
                                    Attorney for Defendant

3