From: George H. Askew
P.O. Box 16700
Golden, Co. 80402

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2012 APR 19 AM 9:24
GREGORY C. LANGHAM
CLERK
BY_____ DEP. CLK

12-cr-00010-MJL

To: Edward R. Harris   Att. @ Law

    I hope this letter find you well. I am writing you reguarding questions that I have about the purposed plea agreement and stipulation of facts relevant to sentencing. In part 1., section B. of this Plea Agreement it states, "In exchange for his pleas of guilty to Count One and Count Two, the Government agrees to file a motion to dismiss the remaining counts of the Indictment, and any superseding indictment in this case as to the defendant, to be effective after the Court accepts the defendant's pleas of guilty." So if the remaining counts are to be dismissed then shouldn't the sentencing points for those counts also be removed?

    With respect to Count Two, does the A.T.F. have the pistol and if so are any of the finger prints found on it mine? In addition, reguarding U.S.C. 21 3B1.2.(a) The Mitigating Role I should be given a 3 point subtraction for my Acceptance of Responsibility and a 2 point subtraction for not being the boss of the operation or the primary party.

NDL wmw

**INDIGENT**
**LEGAL MAIL**

CHB-P3B 80294

CR
12-cr-00010-MSK-1

GREGORY C. LANGHAM
CLERK

**APR 18 2012**

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**UNCENSORED**
**INMATE MAIL**



PRESORTED
FIRST CLASS

02 1R
000 2002061
MAILED FROM ZIP CODE 80420

$ 00.37⁴
PITNEY BOWES
APR 17 2012

Honorable Marcia S. Krieger
901 19th St
Denver, Colorado 80249