IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

        Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, Samuel E. Robinson, YOB: 1973, DOC Number: 92437, before a United States District Judge, on July 30, 2012 at 1:30 p.m., for the U.S. v. George H. Askew trial in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the

institution where he/she is now confined, under safe and secure conduct.

SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO