IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.  DELBERT J. GARDNER,
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
8.  ERIC LUGO,
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

        Defendants.

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for an Writ of Habeas Corpus Ad Testificandum and states as follows:

1.  Samuel E. Robinson, YOB: 1973, DOC Number:  92437 is now being confined in the Colorado Territorial Correctional Facility, 275 West US Highway 50, Canyon City, Colorado 81215.

2. Samuel E. Robinson is a material witness in the above-captioned case and it is necessary that he appear in person before a United States District Judge on July 30, 2012 at 1:30 p.m. to testify during the proceedings of this case.

WHEREFORE, the undersigned respectfully requests the Court to order that a Writ of Habeas Corpus Ad Testificandum be issued by this Court to the United States Marshal for the District of Colorado, or to any other United States Marshal, requiring him to serve said writ on the Warden, Superintendent, or Custodian of any place or institution where the material witness, Samuel E. Robinson, is confined, and requiring said United States Marshal to produce the material witness, Samuel E. Robinson, on July 30, 2012 at 1:30 p.m., to testify in such proceeding.

Respectfully submitted this _____ day _____, 2012.

Respectfully submitted,

JOHN WALSH
United States Attorney

By: s/Guy Till
GUY TILL
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0409
E-mail: Guy.Till@usdoj.gov
Attorney for Government