UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

    Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon petition of the United States and for good cause shown, it is hereby

**ORDERED** that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, Samuel E. Robinson, YOB: 1973, DOC Number: 92437, before a United States District Judge, on July 30, 2012 at 1:30 p.m., for the U.S. v. George H. Askew trial in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until

he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he/she is now confined, under safe and secure conduct.

DATED this 4th day of June, 2012.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge