IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
8.  ERIC LUGO,
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

        Defendants.

---

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR

TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER

IN WHOSE CUSTODY THE WITNESS MAY BE HELD,

This Writ is issued upon Order of the United States District Court for the District of

Colorado.  I hereby command that you bring the material witness, Samuel E. Robinson, YOB:

1973, DOC Number: 92437, now being confined in Colorado Territorial Correctional Facility, 275 West US Highway 50, Canyon City, Colorado 81215, on July 30, 2012 at 1:30 p.m., and from day to day thereafter, to testify to the truth, according to his knowledge, in a cause to be heard before a United States District Judge, to appear therein as a material witness, and immediately after return the witness to the institution where he was confined, under safe and secure conduct.

You are further commanded to serve a certified copy of this writ on said Warden, Superintendent, or Custodian of Colorado Territorial Correctional Facility, 275 West US Highway 50, Canyon City, Colorado 81215, or the Warden, Superintendent, or Custodian of any other institution wherein Samuel E. Robinson is confined.

ORDERED this 4th day of June, 2012.

BY THE COURT:

s/ W. Copello
CLERK, UNITED STATES DISTRICT COURT