### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | LaDonne Bush | Date:   June 11, 2012 |
| Court Reporter: | Paul Zuckerman | |

Criminal Action No. 12-cr-00010-MSK-01

*Parties*:                                                              *Counsel*:

UNITED STATES OF AMERICA,                    Guy Till

       Plaintiff,

v.

GEORGE H. ASKEW,                                    Edward Harris

       Defendant.

---

### ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**11:39 a.m.      Court in session.**

Defendant present in custody.

Defendant is arraigned on Counts 1 and 2 of the original Indictment.  Defendant pleads guilty to Counts 1 and 2 of the original Indictment.

Defendant sworn.

Defendant advised regarding:

    1)   The Plea Agreement;
    2)   The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)   The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Courtroom Minutes  
Judge Marcia S. Krieger  
Page 2

Oral motion by Mr. Till on behalf of the Government to dismiss Counts 3, 4 and 32 of the original Indictment as to Defendant Askew and all counts in the Superseding Indictment as to Defendant Askew.

Oral findings are made of record.

**ORDER:** The Government's oral motion to dismiss Counts 3, 4 and 32 of the original Indictment as to Defendant Askew and all counts in the Superseding Indictment as to Defendant Askew is granted. The effect of this Order is stayed until the time of sentencing.

**ORDER:** Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are received.

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in Counts 1 and 2 of the original Indictment.

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant with the assistance of counsel shall participate in the presentence investigation and cooperate fully with the probation department.

**ORDER:** Sentencing hearing previously set September 18, 2012, at 11:00 a.m., in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Defendant Askew's Unopposed Motion to Exclude Four Months from the Speedy Trial Act, Vacate Deadlines and Vacate Trial Date (Doc. 182) is withdrawn as moot.

**ORDER:** Writ of Habeas Corpus Ad Testificandum (Doc. 458) is denied as to Defendant Askew and reserved as to all other defendants.

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**12:18 p.m.    Court in recess.**

**Total Time:  00:39**
**Hearing concluded.**