IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

       Defendants.

## ORDER TO RESTRICT DOCUMENT NO. 566

This matter is before the Court on the Government's Motion to Restrict Document No. 566. Upon consideration and for good cause shown,

IT IS ORDERED that Document No. 566, the United States' Brief in Support of Motion to Restrict Document No. 566, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that Document No. 566 shall be restricted to a "Level 2" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this ____ day of July, 2012.

_____
HONORABLE MARCIA S. KRIEGER, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO