IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants.

---

**ORDER VACATING GOVERNMENT'S MOTION TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO SAMUEL ROBINSON**

---

THIS MATTER comes before the Court following the filing of the Government's Motion to Vacate Writ of Habeas Corpus Ad Testificandum as to Samuel Robinson.

IT IS THEREFORE ORDERED that:

The Writ of Habeas Corpus Ad Testificandum as to Samuel E. Robinson be vacated.

BY THE COURT:

_____
JUDGE MARCIA S. KRIEGER
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO