IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   12-cr-00010-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE H. ASKEW,

    Defendant.

_____

**DEFENDANT'S SENTENCING STATEMENT AND
REQUEST FOR STATUTORY SENTENCE OF 60 MONTHS**
_____

COMES NOW the Defendant, GEORGE H. ASKEW, personally and by counsel, Edward R. Harris and the Office of the Federal Public Defender, and submits the following Sentencing Statement and Request for Statutory Sentence pursuant to D.C.COLO.LCrR 32.1 and 18 U.S.C. § 3553(a).

**Mr. Askew's History and Characteristics Warrant a Below Guideline Sentence**

In March 2009, Defendant George Askew sold drugs to an informant. Almost three years later, in January 2012, he was arrested and charged with that sale. He has been incarcerated pending sentencing for the past seven and one-half months.

In the three years since the sale of drugs which puts him before this court, Mr. Askew, who had up until March 2009 spent his mid-twenties and early thirties in and out of trouble with the law, and was in fact on probation at the time of the sale of drugs in this case, has led a law-abiding life. Not only was he not arrested again for any new drug

1

offense, but he has not even had a moving violation. Mr. Askew, who has a history of substance abuse, spent the time between his offense conduct and arrest raising his children and living a drug-free life.

Now, almost forty years old, Mr. Askew faces at least five years in prison for this offense and an advisory guideline range exceeding a decade. He is at a crossroads in his life. He is considerably more mature than the young man who spent four years in prison on a 1999 drug case. He is no longer the person who sold drugs and possessed guns when he was younger.

Despite his earlier offense and this case, he has made every effort to be a good father to his children. Indeed, as the attached letters attest, he has been there for his children and has tried to encourage them to do the right things with their lives and not to make the mistakes he did. As his wife, April, notes he has changed his lifestyle in an effort to do the right thing for her and the children. He has, in her words, "changed since 2009 and has become a family man."

George Askew has shown the ability to live a productive life. Mr. Askew cannot unwind the hands of time. He knows that he will have to pay for his crime with at least five years of prison, but he also hopes that this court considers his efforts to reform his behaviors between 2009 and 2012.

**Below Guideline Sentence Would Adequately Deter Mr. Askew, Provide for Rehabilitation, and Protect the Public**

Mr. Askew faces a minimum five-year prison term and an advisory guideline range of 130 to 162 months for this offense. Probation has recommended a sentence of 130 months.

A sentence of even the mandatory minimum of five years is significant to Mr. Askew. Although Mr. Askew has served a four-year sentence, a sentence longer than five years is not needed to deter him. Further, as his conduct in the past few years demonstrates, he already is rehabilitated.

Finally, a five-year sentence would protect the public. Mr. Askew no longer poses a threat to the public.

WHEREFORE, Defendant George Askew respectfully requests a below advisory guideline sentence of sixty months.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, I electronically filed the foregoing **DEFENDANT'S SENTENCING STATEMENT AND REQUEST FOR STATUTORY SENTENCE OF 60 MONTHS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
      guy.till@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Michelle Means, United States Probation Officer *(via e-mail)*


Mr. George H. Askew   *(via U.S. mail)*
Jefferson County Jail
P.O. Box 16700
Golden, CO    80402-6700


                                                            s/ Edward R. Harris
                                                            Edward R. Harris
                                                            Assistant Federal Public Defender
                                                            633 17th Street, Suite 1000
                                                            Denver, CO  80202
                                                            Telephone:  (303) 294-7002
                                                            FAX:  (303) 294-1192
                                                            Edward_Harris@fd.org
                                                            Attorney for Defendant