IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,

    Defendant.

_____

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S SENTENCING STATEMENT AND REQUEST FOR
STATUTORY SENTENCE OF 60 MONTHS [#609]**
_____

    The United States of America, by United States Attorney John F. Walsh, through the undersigned Assistant U.S. Attorney (Government), hereby respectfully enters the Government's Response to Defendant George H. Askew's sentencing statement and request for statutory sentence of 60 months (Motion)[#609]. The Government respectfully objects to the downward variance requested in the Motion and states and represents as follows:

    1. The personal factors generally identified in the Motion are substantially addressed in the Presentence Report (PSR).

    2. In this case, as in many cases, the methodical and professional application of the Sentencing Guideline's factors has resulted in a well founded advisory recommendation based on a dispassionate and systematic review of pertinent factors.

    3. The Government notes the proposed sentence range has been adjusted by the application of established Sentencing Guidelines provisions. With respect to the Motion's representations about the defendant's role in his family, the Government respectfully asserts the underlying evidence in the case includes a body wire and camera which recorded the presence of two children and a person who appears to be

the defendant's mother at the residence where and when the offenses of conviction took place.  The Government respectfully submits the body wire also documents the arrival at and departure from the residence of a second crack cocaine customer while the ATF Confidential Human Source was waiting for the delivery of one ounce of crack cocaine (Count One) at the residence.  The Government respectfully asserts that it is clear from the recording that at times children were in proximity of the defendant while the defendant handled a firearm within the residence (Count Two).

4.  The Government respectfully objects to the Motion and submits the imposition of a sentence consistent with the Sentencing Guidelines calculations in this case will best serve the purposes of Title 18 U.S.C. § 3553(a).

Respectfully submitted September 6, 2012.

JOHN F. WALSH  
United States Attorney

By:  s/*Guy Till*  
GUY TILL  
Assistant United States Attorney  
1225 17th Street, Suite 700  
Denver, CO. 80202  
Telephone:  (303) 454-0207  
Fax: (303) 454-0401  
E-mail:  guy.till@usdoj.gov  
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of September, 2012, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING STATEMENT AND REQUEST FOR STATUTORY SENTENCE OF 60 MONTHS [#609]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: Lisa.Vargas@usdoj.gov