IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

       Defendants.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 729

United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Guy Till, respectfully moves to restrict Document No. 729, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order revealing the

contents of that document, and the brief filed in support of this motion "viewable by Selected Parties & Court" only.

Dated this 1st day of November, 2012.

        JOHN F. WALSH
        United States Attorney

By: *s/ Guy Till*
     GUY TILL
     Assistant United States Attorney
     United States Attorney's Office
     1225 Seventeenth Street, Suite 700
     Denver, Colorado 80202
     Telephone: 303-454-0100
     Fax: 303-454-0403
     E-mail: Guy.Till@usdoj.gov