IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01448-MSK
Criminal Action No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

v.

GEORGE HARRISON ASKEW,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before July 1, 2013, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this 10th day of June, 2013.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                Chief United States District Judge