```
                                              FILED
                                     UNITED STATES DISTRICT COURT
                                          DENVER, COLORADO
     IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO         JUL 2 5 2013
         CHIEF JUDGE MARCIA S. KRIEGER
                                              JEFFREY P. COLWELL
                                                       CLERK
```

GEORGE HARRISON ASKEW             )
    Petitioner,              )
                              )
                              )
    V.                        )  CASE NO: 13-cv-01448-MSK
                              )           12-cr-00010-MSK-1
                              )
UNITED STATES OF AMERICA          )
    Respondent,              )
                              )

**MOTION TO HAVE THE COURT ORDER THE GOVERNMENT TO RESPOND AS ORDERED BY THIS HONORABLE COURT ON THE 10TH DAY OF JUNE, 2013**

    COMES NOW, George Harrison Askew, pro-se, a mere layman of the law, asking the court to order the government to come to action, and to respond to the order by this court to answer in accordance with court protocol.

    Petitioner seeks the court to review his priors listed in his pre-sentence report, and claims that they were over-represented in the amount of points listed in his criminal history.

    As of this date and time, petitioner has yet to receive any type of response required by the government, as to they're opposition or non-opposition to this claim and argument.

    Petitioner moves the court to compell the government to act in accordance with its order dated June 10th, 2013. Thank you for your time as it concerns this matter.

Respectfully submitted,

*[signature]*

George Harrison Askew
Register #38215-013
Federal Coorectional Institution
Victorville Medium II
P.O. Box 3850
Adelanto, California 92301

### CERTIFICATE OF SERVICE

I, George Harrison Askew, do hereby verify and certify that a true copy of the foregoing was deposited in the legal mailbox at Victorville Medium II, on this __19th__ day of __July__, 2013, to the following:

Mr. Guy Till
United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado          80202


Gregory C. Langham
Clerk of the Court
District Clerk
901 19th Street, Room A105
Denver, Colorado   80294-3598