IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv–1448-MSK
Criminal Case No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

v.

1.  GEORGE HARRISON ASKEW,

    Defendant-Movant.

---

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

---

    Undersigned counsel enters his appearance on behalf of the Plaintiff-Respondent in the above-captioned action and requests that he be served with copies of all notices and pleadings in this case.

    DATED this   29th   day of   July   , 2013.

                           JOHN F. WALSH
                            United States Attorney

                            *s/PAUL FARLEY*
                            PAUL FARLEY
                            Assistant United States Attorney
                            1225 Seventeenth Street, Suite 700
                            Denver, Colorado  80202
                            Telephone: (303) 454-0100
                            E-mail:
                            [USACO.ECFAppellate@usdoj.gov](mailto:USACO.ECFAppellate@usdoj.gov)
                            Attorneys for Plaintiff-Respondent

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 29, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system and I hereby certify that I have placed a copy in the U.S. Mail, postage pre-paid and addressed to the following:

George Harrison Askew
Registration No. 38215-013
Federal Correctional Complex
Victorville II
P.O. Box 3850
Adelanto, CA 92301


 *s /Dorothy Burwell*
Dorothy Burwell
United States Attorney's Office