

Page 1

67 F.3d 312, 1995 WL 561127 (C.A.10 (Okla.))
**(Table, Text in WESTLAW), Unpublished Disposition**
**(Cite as: 67 F.3d 312, 1995 WL 561127 (C.A.10 (Okla.)))**

NOTICE: THIS IS AN UNPUBLISHED OPINION.

(The Court's decision is referenced in a "Table of Decisions Without Reported Opinions" appearing in the Federal Reporter. See CTA 10 Rule 32.1 before citing.)

United States Court of Appeals, Tenth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Russell SULLIVAN, Defendant-Appellant.

No. 95-7048.
Sept. 21, 1995.

ORDER AND JUDGMENT [FN1]

FN1. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of the court's General Order. 151 F.R.D. 470 (10th Cir.1993).

Before TACHA, LOGAN and KELLY, Circuit Judges.[FN2]

FN2. After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. See Fed. R.App. P. 34(a); 10th Cir. R. 34.1.9. The cause therefore is ordered submitted without oral argument.

**\*1** Plaintiff-appellant Russell Sullivan, appearing pro se and in forma pauperis, appeals from the district court's denial of his 28 U.S.C. 2255 motion.

In 1991, plaintiff pled guilty to three counts of an eight-count indictment and was sentenced to three consecutive terms of imprisonment. Plaintiff subsequently appealed, and the Tenth Circuit affirmed. *United States v. Sullivan,* 967 F.2d 370 (10th Cir.), *cert. denied,* 113 S.Ct. 285 (1992).

Plaintiff's section 2255 motion sets forth no specific allegations of error, instead asserting broad conclusions of unfairness that are unsupported by any factual basis and requesting that the court show compassion in granting his motion. Even a liberal construction of this pro se plaintiff's petition does not reveal the existence of a valid claim. *Haines v. Kerner,* 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon,* 935 F.2d 1106, 1110 (10th Cir.1991).

Furthermore, in the absence of demonstrating cause and prejudice or a fundamental miscarriage of justice, a petitioner may not raise any issue in a 28 U.S.C. 2255 motion that the petitioner was required to raise first on direct appeal. *United States v. Frady,* 456 U.S. 152, 164-65 (1982); *United States v. Cook,* 997 F.2d 1312, 1320 (10th Cir.1993); *United States v. Khan,* 835 F.2d 749, 753 (10th Cir.); *cert. denied,* 487 U.S. 1222 (1988).

AFFIRMED. The mandate shall issue forthwith.

C.A.10 (Okla.),1995.
U.S. v. Sullivan
67 F.3d 312, 1995 WL 561127 (C.A.10 (Okla.))

END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.