FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 19 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

GEORGE HARRISON ASKEW )
    Petitioner, )
 )
 )
V. )  CASE NO: 13-cv-01448-MSK
 )          12-cr-00010-MSK-1
 )
 )  Marcia S. Krieger, Chief Judge
UNITED STATES OF AMERICA )
    Respondent, )
 )

MOTION BY PETITIONER FOR JUDGEMENT IN CASE BEFORE
DISTRICT COURT FOR FAILURE TO RESPOND BY THE GOVERNMENT

    COMES NOW, George Harrison Askew, acting pro-se, being a mere layman of the law, and so moves this Honorable court to make a final judgement in petitioner's motion for a recalculation of his sentencing points, as the government has failed to respond as ordered by July 1st, 2013. The government agent assigned in this matter, has failed to either respond, or has failed to send any response to petitioner as to its answer, or as to any request as to an extension of time before this court.

    Therefore, petitioner would ask this court to rule in his favor as to his motion originally presented before this court, since the government has failed to answer its order by the court, or forfeited its right to respond to petitioner's motion by its silence, it is then in the

rule of lenity, to be favorable to the petitioner as to his request for this court to review his sentence and the points alloted.

The petitioner asks this court to grant his request for a downward departure as to his points, and any other relief this court would deem appropriate.

Respectfully submitted,

George Harrison Askew
Register #38215-013
Federal Correction Complex
Victorville Medium II
P.O. Box 3850
Adelanto, California
                92301

Respectfully submitted,

*[signature]*

George Harrison Askew
Register #38215-013
Federal Coorectional Institution
Victorville Medium II
P.O. Box 3850
Adelanto, California 92301

## CERTIFICATE OF SERVICE

I, George Harrison Askew, do hereby verify and certify that a true copy of the foregoing was deposited in the legal mailbox at Victorville Medium II, on this __12__ day of __Aug__, 2013, to the following:

Mr. Guy Till
United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202


Gregory C. Langham
Clerk of the Court
District Clerk
901 19th Street, Room A105
Denver, Colorado 80294-3598