IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01448-MSK
Criminal Action No. 12-cr-00010-MSK-1

**UNITED STATES OF AMERICA**,

    Plaintiff-Respondent,

v.

**GEORGE HARRISION ASKEW**,

    Defendant-Movant.

_____

**RESPONSE TO MOTION FOR JUDGMENT**
_____

    The government, through undersigned counsel, hereby responds to Defendant-Movant George Harrison Askew's "Motion By Petitioner for Judgment in Case Before District Court for Failure to Respond By the Government" [Doc. 969]. Although the Court's docket indicates this Motion was filed on August 19, 2013, counsel did not receive notification of its filing until this morning.

    The government timely responded to the Court's Order on August 8, 2013 [Doc. 932]. Consequently, the Motion is groundless.

1

## CONCLUSION

The Motion should be denied.

>Respectfully submitted,
>
>JOHN F. WALSH
>United States Attorney
>
>*s/ Paul Farley*
>Paul Farley
>Assistant U.S. Attorney
>1225 17th Street, Suite 700
>Denver, Colorado   80202
>Telephone:   303.454.0100
>E-mail:   USACO.ECFAppellate@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2013, I electronically filed the foregoing Response to Motion for Judgment using the CM/ECF system and certify that a copy will be placed in the U.S. Mail, postage pre-paid to the following address:

George Harrison Askew
Register Number 38215-013
FCI Complex
Victorville II
P.O. Box 3850
Adelanto, CA 92301

> *s/Dorothy Burwell*
> Dorothy Burwell
> U.S. Attorney's Office