**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01448-MSK
Criminal Action No. 12-cr-00010-MSK-1

UNITEDS STATES OF AMERICA,

    Petitioner,

v.

GEORGE HARRISON ASKEW,

    Respondent.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Denying Motion to Vacate [#1019] of Chief Judge Marcia S. Krieger entered on 4/18/14 it is

ORDERED that the Motion to Vacate [#881] filed 4/18/14, is denied.

Dated at Denver, Colorado this 21st day of April, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:  s/   D. Kalsow
                Deputy Clerk