O R I G I N A L

George Askew # 38215-013
FCI - Mendota
P.O. Box 9
Mendota, CA 93640
Defendant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2 2014

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (DENVER DIVISION)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CASE NO.: 12-CR-00010-MSK-01 |
| Plaintiff, | * | |
| | * | MOTION REQUESTING COURT APPOINTED |
| v. | * | COUNSEL UNDER THE CRIMINAL JUSTICE |
| | * | ACT, PURSUANT TO 18 U.S.C. § 3006A, |
| | * | BY A PRISONER IN FEDERAL CUSTODY. |
| GEORGE ASKEW, | * | |
| Defendant. | * | |

TO THE ABOVE ENTITLED COURT, THE UNITED STATES ATTORNEY'S OFFICE, AND TO THE OFFICE OF THE FEDERAL DEFENDER, FOR THE DISTRICT OF COLORADO (DENVER DIVISION):

COMES NOW, GEORGE ASKEW (hereinafter: the "Defendant"), who hereby respectfully moves this Honorable Court for an appointment of counsel under the Criminal Justice Act, pursuant to U.S.C. § 3006A.

The Defendant is currently in the custody of the Federal Bureau of Prisons (F.B.O.P.) serving the sentence imposed pursuant to the judgment and committment of this Honorable Court in the above mentioned case matter. The Defendant is presently confined at FCI - Mendota, in Mendota, California.

The Defendant has been in federal custody since 01-20-2012 and is serving a sentence of one hundred and thirty (130) months of imprisonment, in the F.B.O.P. Due to the Defendant's lengthy period of incarceration, he has become indigent with no ability nor resources to obtain private counsel.

The Defendant is a "layperson", untrained in the science of law, who will be

-1-

at an unjustly disadvantage when he soon files his Motion for Reduction of Sentence based on New Rule of Law, pursuant to 18 U.S.C. § 3582(c)(2), in this Honorable Court in November 1, 2014.

The Defendant does not possess the psychological, intellectual or language tools necessary to prepare said motion. However, the Defendant does meet the qualifications for remedy under the new Retroactive Reduction in Drug Trafficking Sentences that was unanimously approved by the United States Sentencing Commission, which will be finalized on November 1, 2014. The Defendant will be left to navigate the complexities of the legal and factual issues that pertain to his individual case. "Lack of legal assistance . . . always violates the constitution." United States v. Cronic, 466 U.S. 648 (1984).

WHEREFORE, the Defendant, **George Askew**, hereby respectfully moves this Honorable Court for an appointment of counsel under the Criminal Justice Act, pursuant to 18 U.S.C. § 3006A, due to his status as an indigent "layperson" who is lawfully eligible for a Reduction of Sentence based on the new amendment to the United States Sentencing Guidelines.

Respectfully Submitted,

DATED: 09-16-2014

GEORGE ASKEW, Defendant

# CERTIFICATE OF SERVICE

State of California )
                      ) ss.
County of Fresno )

I, George Askew, hereby certify that I have served a true and correct copy of the attached: MOTION REQUESTING COURT APPOINTED COUNSEL UNDER THE CRIMINAL JUSTICE ACT, PURSUANT TO 18 U.S.C. § 3006A, BY A FEDERAL PRISONER.,

by placing the same into a sealed envelope with First-Class postage fully pre-paid, and addressed to: UNITED STATES ATTORNEY'S OFFICE, 901 19th Street, 2nd Floor, Denver, CO 80294, and the FEDERAL PUBLIC DEFENDER'S OFFICE, 633 17th Street, Suite 1000, Denver, CO 80202-3660,

and by delivering the same to prison officials at the FCI - Mendota Mailroom for processing utilizing the "Special Mail" procedures.

It should be noted that utilization of "Special Mail" procedures under - - - HOUSTON v. LACK, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), service is deemed filed on the date that it was delivered to prison officials for delivery to the United States Postal Service.

I, George Askew, declare under the penalty of perjury that the foregoing is true and correct, based upon my own personal information, knowledge, and beliefs.

DATED and EXECUTED this 16th day of September, 2014, in the City of Mendota, County of Fresno, State of California.

Respectfully Submitted,

*[signature]*
GEORGE ASKEW, Defendant