IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE HARRISON ASKEW

    Defendant.

## MOTION TO WITHDRAW
## AND DISCONTINUE ELECTRONIC SERVICE

The United States of America ("the government"), by and through undersigned counsel, respectfully moves this court for an allowing undersigned counsel to withdraw as counsel on this case, and terminate electronic service of all notices and pleadings for this case.

As grounds for this motion, the government states that AUSA Guy Till has been and continues to be lead counsel for the government. Undersigned counsel entered his appearance in this case to respond on behalf of the government to the 28 U.S.C. § 2255 motion filed by the defendant which has been completed. Undersigned counsel has no further involvement in this case.

Wherefore, undersigned counsel requests this Court allow him to withdraw from this case and terminate all electronic service on this case.

Respectfully submitted this 8th day of October, 2014.

        John F. Walsh
        United States Attorney


        *s/Paul Farley*
        Assistant U.S. Attorney
        1225 17th Street, Suite 700
        Denver, Colorado  80202
        Telephone:  (303) 454-0100
        Fax:  (303) 454-0408
        E-mail:  USACO.ECFAppellate@usdoj.gov
        Attorney for the Government

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2014, I electronically filed the foregoing using the CM/ECF system and certify that a copy was placed in the U.S. Mail, postage prepaid to the following address:

George H. Askew
Registration No. 38215-013
MENDOTA-Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 9
Mendota, CA  93640


*s/Dorothy Burwell*
Dorothy Burwell
U.S. Attorney's Office