IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-1


UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  GEORGE HARRISON ASKEW

     Defendant.

---

## PROPOSED ORDER

---

The Court, upon consideration of the government's *Motion to Withdraw and Discontinue Electronic Service*, and for good cause shown, hereby grants said motion.

IT IS HEREBY GRANTED that Paul Farley is withdrawn from the case and the court will request that electronic notification service to him of all notices and pleadings on this case be terminated.

DATED this _____ day of October, 2014

                    BY THE COURT:


                    Honorable Marcia S. Krieger
                    Chief Judge
                    United States District Court