IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    GEORGE H. ASKEW,

        Defendant.

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, through Susan D. Knox, Assistant United States Attorney, hereby enters her appearance as counsel in the above-captioned case.

DATED this 27th day of October, 2014.

        Respectfully Submitted,

        JOHN F. WALSH
        United States Attorney

By:    *s/Susan D. Knox*
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado   80202
        Phone:   (303) 454-0100
        Fax: (303) 454-0401
        Susan.Knox@usdoj.gov
        Attorney for Government

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 27th day of October, 2014, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

   *s/Diana L. Brown*
DIANA L. BROWN
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Phone: 303-454-0358
Fax: 303-454-0401
diana.brown@usdoj.gov