IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    GEORGE ASKEW**,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION REQUESTING COURT APPOINTED COUNSEL UNDER THE CRIMINAL JUSTICE ACT, PURSUANT TO 18 U.S.C. §3006A, BY A PRISONER IN FEDERAL CUSTODY (DOC. 1029)**

---

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado and through the undersigned Assistant United States Attorney, hereby respectfully responds to Defendant George Askew's Motion Requesting Court Appointed Counsel Under the Criminal Justice Act, Pursuant to 18 U.S.C. §3006A, By a Prisoner in Federal Custody (Doc. 1029).  The defendant, in his motion, appears to seek the appointment of counsel to assist him in his future request for relief pursuant to the retroactive application of Amendment 782 to the United States Sentencing Guidelines.  The United States responds to this request as follows:

    1.    On August 7th, 2014, this Honorable Court issued a general order (District Court General Order 2014-2) entitled "In Re Petitions for the Retroactive Application of Amendment 782 to Sentencing Guidelines."  In this order, the Court issued directives on how this category of cases would be handled by the Court.

1

2. In specifically addressing the issue of the appointment of counsel, the Court's order directs "The Federal Public Defender for the District of Colorado is appointed to provide an initial advisement of the application of Amendment 782 to all defendants convicted in this District who may be eligible for a reduction of sentence." The order then goes on to describe the process for the appointment of counsel in cases where the Federal Public Defender has a conflict of interest.

3. The Government has observed, by reviewing the history of this case, that the defendant was represented by the Federal Public Defender during the pendency of the case. The defendant later filed a motion with the Court which was deemed by the Court to be a motion putting forth a claim of ineffective assistance of counsel pursuant to 28 U.S.C. §2255 (Doc. 881). This motion was later denied.

4. The Government has conferred with counsel at the Federal Public Defender's office regarding the defendant's case. The Federal Public Defender has advised the Government that they are aware of the defendant's case, have opened a file on the case, and are representing the defendant pursuant to the Court's General Order. To the Government's knowledge, the Federal Public Defender has not notified the Court of any conflict of interest at this time.

5. WHEREFORE, the Government respectfully requests that the Court deny the defendant's motion as moot. It appears that the defendant has representation in the form of the Federal Public Defender at this time. In the event that the Federal Public Defender determines that there is a conflict of interest, the Government has no objection to the appointment of conflict free counsel.

Respectfully submitted this 28th day of October, 2014.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

                By: *s/Susan D. Knox*
                SUSAN D. KNOX
                Assistant U.S. Attorney
                U.S. Attorney's Office
                1225 17th Street, Suite 700
                Denver, CO 80202
                Telephone:  (303) 454-0100
                Fax: (303) 454–0401
                E-mail: susan.knox@usdoj.gov
                Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of October, 2014, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION REQUESTING COURT APPOINTED COUNSEL UNDER THE CRIMINAL JUSTICE ACT, PURSUANT TO 18 U.S.C. §3006A BY A PRISONER IN FEDERAL CUSTODY (Doc. 1029)** with the Clerk of the Court using the CM/ECF system which will send notification of the same to any and all counsel of record.

      By: *s/ Solange Reigel*
SOLANGE REIGEL
Paralegal Specialist
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Facsimile: 303-454-0409
E-mail: Solange.Reigel@usdoj.gov

4