IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   12-cr-00010-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GEORGE H. ASKEW,

        Defendant.
_____

**UNOPPOSED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582**
_____

      GEORGE H. ASKEW, through Virginia L. Grady, Federal Public Defender, submits this unopposed motion to reduce the previously imposed sentence of 130 months to a sentence of **110 months**. The re-calculation of the Guidelines and recommended sentence contained herein reflects agreement between the defendant, the United States Probation Office, and the Office of the United States Attorney that the defendant is eligible for relief resulting from Amendment 782 of the United States Sentencing Guidelines, authorized under 18 U.S.C. § 3582(c)(2).  While the parties do not attempt to limit the Court's exercise of its independent judgment, the sentence recommended in this motion and the proposed order reflect their joint review of all materials that may be relevant to public safety and all other applicable provisions of 18 U.S.C. § 3553(a). Absent further inquiry by the court, the parties agree no hearing is necessary.

**I.**   **Old Guideline Computation** (*See* Judgment, September 21, 2012, doc. 645):

The previously imposed sentence of 130 months was for the defendant's conviction under 21 U.S.C. § 841(a)(1) and (b)(1)(B) in Count One and 18 U.S.C. §§ 922(g)(1) and (924(a)(2) in Count Two of the Indictment. The two counts were grouped for guideline purposes and a single sentence was imposed based on the following guideline computation:

| | |
|---|---|
| Base Offense Level: | 26 (28.167g cocaine) |
| Other offense Characteristics: | +2 (U.S.S.G. §2D1.1(b)(1)) |
| | +2 (U.S.S.G. §2D1.2(a)(1)) |
| Chapter 3 Adjustments: | -3 (U.S.S.G. §3E1.1) |
| **Total Offense Level:** | **27** |
| **Criminal History Category** | **VI** |
| **Advisory Guideline Range:** | **130-162 months** |

The previously imposed sentenced reflected the minimum sentence with the advisory guideline range.

**II.   New Guideline Computation**

| | |
|---|---|
| New Base Offense Level: | 24 (28.167g cocaine) |
| Other Offense Characteristics: | +2 (U.S.S.G. §2D1.1(b)(1)) |
| | +2 (U.S.S.G. §2D1.2(a)(1)) |
| Chapter 3 Adjustments | -3 (U.S.S.G. §3E1.1) |
| **Total Offense Level** | **25** |
| **Criminal History Category** | **VI** |
| **Advisory Guideline Range:** | **110-137 months** |

III.     **Resulting Sentence**

The parties agree the sentence imposed should be **110 months**.

IV.     **Order and Judgment**

A proposed order granting this motion is attached. The parties agree Amendment 782's provisions require that the effective date of the Court's Order be set for November 1, 2015.

>Respectfully submitted,
>
>VIRGINIA L. GRADY
>Federal Public Defender
>
>
>s/ Virginia L. Grady
>Virginia L. Grady
>Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>Virginia.Grady@fd.org
>Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on May 26, 2015, I electronically filed the foregoing **UNOPPOSED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Susan Knox, Assistant United States Attorney
     susan.knox@usdoj.gov

          s/ Virginia L. Grady
          Virginia L. Grady
          Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Virginia.Grady@fd.org
          Attorney for Defendant