IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   12-cr-00010-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEORGE H. ASKEW,

    Defendant.

_____

**ORDER GRANTING "UNOPPOSED MOTION TO REDUCE SENTENCE
PURSUANT TO 18 U.S.C. § 3582"**
_____

This matter is before the Court on the Defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582."  Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u);  2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;  3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

| | |
|---|---|
| Previous Offense Level: | 27 |
| Criminal History Category: | VI |
| Previous Guideline Range: | 130-162 months on Count One |
| | 120 months on Count Two |
| | |
| Amended Offense Level: | 25 |
| Criminal History Category: | VI |
| Amended Guideline Range: | 110-137 months |

It is further ordered that the motion is GRANTED.  Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 130 months imprisonment on Count One and 120 months imprisonment on Count Two is reduced to **110 months**, EFFECTIVE November 1, 2015.

All other provisions of the Judgment entered on September 21, 2012, shall remain in effect.

**IT SO ORDERED**.