AO 247 (Rev. D/CO 03/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 12-cr-00010-MSK-01 |
| GEORGE H. ASKEW ) | USM No: 38215-013 |
| Date of Previous Judgment: September 21, 2012 ) | Virginia L. Grady, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ❐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of: one hundred thirty (130) months on Count One and one hundred twenty (120) months on Count Two, concurrently, **is reduced to** one hundred ten (110) months as to both Counts One and Two, concurrently.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 130 to 162 months (Count 1) | Amended Guideline Range: | 110 to 137 months (Ct 1) |
| Previous Guideline Range: | 120 months (Count 2) | Amended Guideline Range: | 110 to 120 months (Ct 2) |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
**X** The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   September 21, 2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   May 27, 2015                              *s/ Marcia S. Krieger*
                                                                    *Judge's signature*


Effective Date:   November 1, 2015                  Marcia S. Krieger, Chief U.S. District Judge
         *(if different from order date)*                        *Printed name and title*