# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010- MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEORGE H. ASKEW,

    Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 10th day of June, 2019.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By:    *s/Barbara S. Skalla*
        Barbara S. Skalla
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Fax: (303) 454-0405
        e-mail:  Barbara.Skalla@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this 10th day of June, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system and a copy was placed in the U.S. Mail, postage prepaid, addressed to the following:

George H. Askew
#38215-013
MENDOTA - Federal Correctional Institution
Inmate Mail/Parcels
P.O. BOX 9
MENDOTA, CA 93640

                                                <u>*s/Maggie E. Grenvik*</u>
                                                Maggie E. Grenvik
                                                Legal Assistant