ATTACHMENT A



A-Z Topics • Site Map • FOIA

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Good Conduct Time changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number** | **Find By Name**

First    Middle    Last    Race    Age    Sex

**1** Result for search **george askew**    Clear Form    Search

## GEORGE H ASKEW

Register Number: 38215-013

Age:    46
Race:   Black
Sex:    Male

Located at: Big Spring FCI

Release Date: 12/22/2019

**Related Links**
- Facility Information
- Call or email
- Send mail/package
- Send money
- Visit
- Voice a concern

About the inmate locator & record availability ▸

| About Us | Inmates | Locations | Jobs | Business | Resources | Resources For ... |
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Articles | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Publications | Former Inmates |
| Statistics | Custody & Care | | Our Hiring Process | | Research & Reports | Media Reps |
| | Visiting | | | | | |
| | Voice a Concern | | | | | |

https://www.bop.gov/inmateloc/[8/2/2019 8:58:16 PM]

A-Z Topics • Site Map • FOIA

Federal Bureau of Prisons
Correctional Excellence. Respect. Integrity.

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

# FCI BIG SPRING

A low security federal correctional institution with an adjacent minimum security satellite camp.

1900 SIMLER AVE
BIG SPRING, TX  79720

Email:  BIG/ExecAssistant@bop.gov
Phone: 432-466-2300
Fax:      432-466-2576

Inmate Gender:  Male Offenders
Population:
  **1,360   Total Inmates**
  1,187   Inmates at the FCI
     173   Inmates at the Camp

Judicial District:  Northern Texas
County:             HOWARD
BOP Region:         South Central Region

**Visiting Information** ▼
**How to send things here** ▼
**Resources for sentenced inmates** ▼
**Driving Directions**
**Job Vacancies**

## Visiting Information

### Visiting Overview
How to visit an inmate. This covers the basic fundamentals that apply to all of our facilities.

### Visiting Regulations
Official policy at FCI Big Spring that outlines the specific regulations and procedures for visiting an inmate at this facility.
*Also available in Spanish:* Regulaciones de Visitas

### Resources for Media Representatives

## Visiting Schedule

**FCI Hours** | Camp Hours

FCI General Visiting Hours*

| Day | Hours |
|---|---|
| Sun | 8:00 AM - 3:00 PM<br>8:00 AM - 3:00 PM |
| Mon | |
| Tue | |
| Wed | |
| Thu | |

Conditions under which qualified media representatives may visit institutions.

| | |
|---|---|
| Fri | |
| Sat | 8:00 AM - 3:00 PM<br>8:00 AM - 3:00 PM |
| Hol | 8:00 AM - 3:00 PM<br>8:00 AM - 3:00 PM |

\* About visiting hours

Camp General Visiting Hours\*

| | |
|---|---|
| Sun | 8:00 AM - 3:00 PM<br>8:00 AM - 3:00 PM |
| Mon | |
| Tue | |
| Wed | |
| Thu | |
| Fri | |
| Sat | 8:00 AM - 3:00 PM<br>8:00 AM - 3:00 PM |
| Hol | 8:00 AM - 3:00 PM<br>8:00 AM - 3:00 PM |

\* About visiting hours

# How to send things here

## ⌃ Inmate Mail

Use the address below to send correspondence and parcels to inmates. Learn more about sending mail ▸

> **INMATE NAME & REGISTER NUMBER**
> FCI BIG SPRING
> FEDERAL CORRECTIONAL INSTITUTION
> 1900 SIMLER AVE
> BIG SPRING, TX  79720

## ⌄ Inmate Money
## ⌄ Freight and non-USPS parcels
## ⌄ Staff Mail

# Resources for sentenced inmates