IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEORGE ASKEW,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL
## FOR THE GOVERNMENT

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Dated this 6th day of August, 2019.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By:    *s/Barbara S. Skalla*
    Barbara S. Skalla
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California St., Suite 1600
    Denver, CO 80202
    (303) 454-0100
    Fax: (303) 454-0405
    e-mail:  Barbara.Skalla@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on this 6th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was placed in the U.S. Mail, postage prepaid, addressed to the following:

George Askew
Reg. Number 38215-013
FCI Big Spring
1900 Simler Ave.
Big Spring, Texas 79720

                                        *s/Maggie Grenvik*
                                        Maggie Grenvik
                                        Legal Assistant