# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### PROBATION OFFICE



**LAVETRA A MORGAN**
**Chief U.S. Probation Officer**

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

October 18, 2021

**ELIZABETH RUSSELL**
**Deputy Chief U.S. Probation Officer**

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

103 Sheppard Drive, Suite 206
Durango, CO 81303-3439
Phone: (970) 385-9564

RESPOND TO:  Denver

RE:  Defendant George H. Askew
Docket No. 1:12CR00010-1
**PROBATION RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [Document 1085]**

This correspondence follows the Court's directive that the Probation Office respond to the defendant's motion for consideration of early termination of supervised release by October 24, 2021.

On September 18, 2012, the defendant was sentenced in the District of Colorado, by the Honorable Marcia S. Krieger, to 130 months' imprisonment as to Count One and to 120 months' imprisonment as to Count Two, both counts to run concurrently; and supervised release of 4 years on Count One and 3 years on Count Two, both counts to run concurrently, for the offenses of Possession with Intent to Distribute More Than 28 Grams of Crack Cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B); and Prohibited Person in Possession of a Firearm and Aiding and Abetting, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2. On May 27, 2015, the defendant was granted a reduction in sentence to 110 months' imprisonment for each Count One and Count Two [Document 1060], both counts to run concurrently.

The defendant's supervised release commenced on December 20, 2019, and is set to terminate on December 19, 2023, as to Count One and on December 19, 2022, as to Count Two.  He has been on supervision for more than one year, making him statutorily eligible for early termination, pursuant to 18 U.S.C. § 3583(e)(1). To evaluate suitability for early termination, the Probation Office is mandated to consider the following criteria that have been approved by the Judicial Conference Committee on Criminal Law:

- The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 994(h) or has not committed a sex offense or engaged in terrorism;
- The person presents no identified risk of harm to the public or victims;
- The person is free from any court-reported violations over a 12-month period;
- The person demonstrates the ability to lawfully self-manage beyond the period of supervision;
- The person is in substantial compliance with all conditions of supervision; and
- The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

The risk assessment utilized by the U.S. Probation Office is the Post-Conviction Risk Assessment (PCRA). The defendant's current risk score is Moderate/Category 2 on the PCRA. In this category, 19% of offenders have their supervision revoked and 36% are rearrested within the next 12 months. The violence assessment tool identifies static factors for persons on supervision, and it then incorporates these factors into the violence prediction algorithms of the PCRA.  These static factors are strongly correlated with future violence. Under the

violence trailer of the PCRA, individuals are categorized in either category 1, 2, or 3 (3 being the highest risk for violence). The defendant scored as a Violence Category 2, which indicates the defendant has a moderate risk of committing a violent crime while on supervision. The defendant's risk score has remained in the Moderate/Category 2 during his time on supervision.

The Probation Office is not in support of the defendant's petition. It should be noted that the defendant has made progressive strides while on supervision as evidenced by completing his required treatment, having stable employment, and maintaining a stable residence. Unfortunately, the defendant has not abstained from all illicit substances. The defendant has tested positive for marijuana on August 25, 2020, January 15, February 3, February 7, February 23 and again on March 1, 2021. Since last testing positive on March 1, 2021, the defendant has complied with his urinalyses and completed moral reconation therapy with Independence House. Probation would consider early termination from supervised release after the defendant demonstrates one year of sobriety and reduces his overall risk for recidivism per the PCRA by addressing identified dynamic risk factors of Cognitions, Social Networks, and Alcohol and Drugs.

Assistant United States Attorney Susan Knox was contacted on October 14, 2021, and she is not in favor of his early termination motion.

Should the Court have any questions regarding the above, please contact this officer at 303-335-2451.

Respectfully Submitted,


  *s/Daniel C. Bath*
Daniel C. Bath
United States Probation Officer
October 18, 2021

Approved:

  *s/Edgar T. Ruiz*
Edgar T. Ruiz
Supervising United States Probation Officer
October 18, 2021