IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**GEORGE ASKEW,**

    **Defendant.**

_____

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF #1085)**
_____

    The United States of America, by and through Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, and Susan D. Knox, Assistant United States Attorney, hereby responds to the defendant's motion for early termination of supervised release [ECF #1085]. After consulting with the defendant's supervising probation officer, the government objects to the Court granting the defendant's motion.

1.    On September 18, 2012, the defendant was sentenced to a term of 130 months imprisonment as to Count One, Possession with Intent to Distribute More than 28 Grams of Cocaine Base and 120 months imprisonment as to Count Two, Prohibited Person in Possession of a Firearm and Aiding and Abetting. The term of supervised release as to Count One was four years and as to Count Two was three years. The counts were ordered to run concurrently. On May 27, 2015, the defendant's term of incarceration was reduced to a total of 110 months on both counts after a retroactive change in the sentencing guidelines.

2.     The defendant's supervised release began on December 20, 2019 and is scheduled to end on December 19, 2023 as to Count One and December 19, 2022 as to Count Two.  The defendant has served less than half of his longer term of supervised release and now seeks early termination.  The government, after speaking with the Probation Department, opposes the defendant's request.

3.     Pursuant to 18 U.S.C. § 3583(e)(1), the defendant is eligible for early termination of supervised release after the expiration of one year of supervised release, if the Court is satisfied that early termination is warranted by the defendant's conduct and the interests of justice.  The factors to be considered for early termination are those set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable.

4.     The defendant appears to have made positive strides since his release onto supervised release.  He has obtained and maintained gainful employment, has maintained a stable residence and has completed his required treatment.

5.     There is a significant issue which has marred the defendant's otherwise forward progress.  The Probation Department has informed the government that the defendant has not abstained from all illicit substances.  The defendant has continued to use marijuana, having tested positive on 6 occasions beginning in August of 2020 and most recently in March of 2021.  While it appears that the defendant is committed to regaining his sobriety given his compliance with recent urinalysis and his completion of moral reconation therapy, the government agrees with the probation department that a longer demonstrated period of sobriety is warranted.

6. Though the defendant is statutorily eligible for early termination of supervised release, the government believes that he could benefit from a longer term of supervision. This recommendation is by no means a criticism of the good work and progress that the defendant has made thus far, but rather is a suggestion that additional time on supervised release with the appropriate level of supervision can only assist the defendant in continuing his forward movement and rehabilitation.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Court deny the defendant's motion for early termination of supervised release.

Dated this 21st day of October, 2021.

          Respectfully submitted,

          MATTHEW T. KIRSCH
          Acting United States Attorney

By: *s/Susan D. Knox*
     Susan D. Knox
     Assistant United States Attorney
     1801 California Street, Suite 1600
     Denver, Colorado 80202
     Tel: (303) 454-0100
     Fax: (303) 454-0409
     Susan.knox@usdoj.gov
     Attorney for the government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21t of October 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record,

Including a copy sent via U.S. Mail to the following:

George Askew
325 E. 55th Avenue
Denver, CO 80216


                                                *s/Stephanie Price*
                                                Supervisory Legal Assistant
                                                U.S. Attorney's Office